UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS PAUL CAMENGA, | NO. CV 08-3 GAF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| BENJAMIN CURRY, | |
| Respondent.. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 20, 2008

GARY A. FEESS
United States District Judge